Pro Se 1 2016

RECEIVED
MAIL
11/17/2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Kristof Janos Fabian

    ,
                Plaintiff
    v.

King County, Seattle, Washington

CASE NO. 21-cv-1556-RSM _____
[to be filled in by Clerk's Office]

**COMPLAINT FOR A CIVIL CASE**

Jury Trial: ☐ Yes   ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Kristof Janos Fabian |
| Street Address | 2701 NE 110th Street |
| City and County | Seattle, King County |
| State and Zip Code | Washington, 98125 |
| Telephone Number | 360-780-3165 (land), 206-388-3665 (cell) |

B.     Defendant

   Defendant No. 1

| | |
|---|---|
| Name | King County, Seattle, Washington |
| Job or Title *(if known)* | Attention: Dow Constantine, County Executive |
| Street Address | 500 Fourth Avenue |
| City and County | Seattle, King County |
| State and Zip Code | Washington, 98104 |
| Telephone Number | 206-263-9600 |

Basis for Jurisdiction

   Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

   What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒   Federal question          ☐   Diversity of citizenship

   Fill out the paragraphs in this section that apply to this case.

C.     If the Basis for Jurisdiction Is a Federal Question

   List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I have contacted the Office of the Prosecuting Attorney and the Office of Risk Management Services (King County agencies) to make a claim related to my serious injury I suffered while in custody at the King County Correctional Facility, also a King County agency.  I have not

received any resolution, and I have no trust in the King County legal system, since these agencies as well as all local courts are all King County agencies, totally intertwined. Accordingly, I wish to raise this matter out of the local scene and bring it to the U.S. District Court to receive an unbiassed evaluation. I believe I have the right under the Constitution to request an unbiassed evaluation for my case and since all local agencies are essentially the same, so I cannot get a fair evaluation of my complaint.

Essentially, I am submitting this complaint against my local county, and the only way I can do this is through the U.S. District Court. I have not been able to obtain fair treatment by my local agencies, and I need to raise the issue to the U.S. District Court since essentially, I am submitting this complaint against a government entity, so I have to raise the matter to the U.S. District Court.

    a.

    b. If the defendant is a corporation.

The defendant, King County, Seattle, Washington., is incorporated under the laws of the State of Washington… and has its principal place of business in the State of Washington.

    2. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because:

I am claiming $400,000 for pain and suffering, and mainly for the necessity to make changes to my home and its surrounding to better accommodate my diminished health conditions, reduced mobility. I also claim compensatory damage of $100,000 since KCCF could have resolved this matter much earlier, so that I could get on with an improved life, a total of $500,000.

## II. STATEMENT OF CLAIM.

**King County Correctional Facility** (KCCF) a King County agency caused me serious injury on October 21, 2019 while I was in their custody and care. I was 66 years old and of reduced health due to an open-heart surgery in 2015 causing me problems, necessitating early retirement. Yet, KCCF instructed me to occupy top-bunk in a cell, from which I fell. The injury resulted in serious injuries leading to the onset of FrontoTempral Disorder causing permanent memory and cognitive ability loss, and also in brain damage - Cerebral Amyloid Angiopathy – bleeding in the brain. These injuries caused that I had to spend additional time (4 months) in jail and ever since I have to attend regular medical evaluations, and I am considered Permanently Disabled.

I submitted a claim for damages on 9/14/2020 to King County, **Office of the Prosecuting Attorney** and they issued a claim #71132. I provided all information, medical records as they requested. The county's **Office of Risk Management Services** investigated endlessly the claim but they ended up stating on 11/3/2021 that they have no liability.

Since the local court is also County entity, I have no trust or hope that I could get a fair an unbiassed process, this is why I am raising issue to the U.S. District Court.

## III. RELIEF

I claim $400,000 for the extended jail time, and also compensation for pain and suffering, but mainly because I have to make changes to my house and surrounding to address my reduced mobility and balance issues. In addition, I request an additional $100,000 for the extended time to evaluate the case, which could have been resolved a year ago. Total relief: $500,000.



Pro Se 1 2016

## IV. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/15/2021

Signature of Plaintiff: *Kris Fabian*

Printed Name of Plaintiff: KRISTOF JANOS FABIAN

